FILED
CLERK, U.S. DISTRICT COURT

SEPT 9, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER PICHARDO, an individual, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>SILVERADO SENIOR LIVING, INC., a California corporation; SILVERADO SENIOR LIVING HOLDINGS, INC., a Delaware corporation; SILVERADO SENIOR LIVING MANAGEMENT, INC., a Delaware corporation; SILVERADO SENIOR SERVICES, INC., a Delaware corporation; SILVERADO HOSPICE, INC., a Delaware corporation; SILVERADO AT HOME, INC., a California corporation; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No: 2:14-cv-06125-SVW-SH<br><br>[Assigned to all purposes to the Hon. Stephen V. Wilson, Courtroom 6]<br><br>[[PROPOSED]] ORDER REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT<br><br>Complaint Filed:    April 1, 2014<br><br><br>JS-6 |

1    Plaintiff Jennifer Pichardo ("Plaintiff"), and Defendants Silverado Senior Living, Inc., Silverado Senior Living Holdings, Inc., Silverado Senior Living Management, Inc., Silverado Senior Services, Inc., Silverado Hospice, Inc., and Silverado at Home, Inc., ("Defendants"), having submitted a Joint Stipulation to Remand Action to Los Angeles County Superior Court, good cause having been shown and in order to conserve the resources and time of the Parties and the Court:

IT IS HEREBY ORDERED that this Action be remanded to the Superior Court of California, County of Los Angeles, Central District.

IT IS FURTHER ORDERED that the initial disclosures requirement under Federal Rules of Civil Procedure Rule 26(a) be stayed, and that all other scheduled deadlines and/or events before this Court, including without limitation the Status Conference currently scheduled for September 22, 2014, be vacated.

IT IS SO ORDERED.

DATED: September 9, _____,2014    _____

Hon. Stephen V. Wilson
United States District Court Judge